**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Harris County Appraisal District v. PXP Aircraft, LLC

Appellate case number:   01-17-00793-CV

Trial court case number:  2016-34309

Trial court:             189th District Court of Harris County


Appellant Harris County Appraisal District filed a motion for en banc reconsideration of this court's November 29, 2018 opinion. The court requests a response to this motion. The response is **due** on or before **Wednesday, February 27, 2019**.

Appellee PXP Aircraft, LLC, filed two motions for an extension of time to file a motion for panel rehearing of this court's November 29, 2018 opinion. Any such motion for panel rehearing would be denied by operation of Rule of Appellate Procedure 49.3. We therefore **deny** the two pending motions for extensions. However, we construe Appellee's request to be also a request for an extension of time to file a motion for en banc reconsideration. We **grant** such an extension. Any motion for en banc reconsideration by Appellee is **due** on or before **Wednesday, February 27, 2019**.

It is so **ORDERED**.


Judge's signature:     */s/ Richard Hightower*


Date:  February 12, 2019